IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIG EQUIPMENT CO., LLC, a domestic limited liability company; and FLAT WILLOW FARM, LLC, a domestic limited liability company,<br><br>Defendants. | CV-20-85-GF-BMM<br><br><br>**AMENEDED ORDER GRANTING BIG EQUIPMENT CO., LLC'S UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE** |
| BIG EQUIPMENT CO., LLC, a domestic limited liability company,<br><br>Counter-Plaintiff,<br>v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY,<br><br>Counter-Defendant. | |

Having considered Defendant and Counter-Plaintiff Big Equipment Co.,

LLC's (Big Equipment), Unopposed Motion to Continue Motions Deadline and

good cause appearing, IT IS HEREBY ORDERED that the deadline for all

1

motions to be fully briefed is CONTINUED to the 19th day of November, 2021.

Dated this 19th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court